# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Antonio Guajardo-Lopez,<br>a.k.a.: Jose A Fajurdo Lopez,<br>(A 208 184 985)<br>*Defendant* | Case No. 16 - 9361 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 21, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Antonio Guajardo-Lopez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Mesa, Arizona, on July 3, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 24, 2016

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On March 21, 2016, Jose Antonio Guajardo-Lopez was booked into the Arizona State Prison Complex (ASPC), Alhambra Reception, on local charges. While incarcerated at the ASPC facility, Guajardo-Lopez was encountered by Corrections Officer (CO) F. Colmenero who was designated with the authority to determine alienage under the Immigration and Naturalization Act, Section 287(g). CO Colmenero determined Guajardo-Lopez to be a citizen of Guatemala, illegally present in the United States. On March 22, 2016, an immigration detainer was lodged with the ASPC. On October 21, 2016, Guajardo-Lopez was released from the Arizona Department of Corrections and transported to the Phoenix ICE office for further investigation and processing. Guajardo-Lopez was held in administrative custody until his criminal and

1

immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Antonio Guajardo-Lopez to be a citizen of Guatemala and a previously deported alien. Guajardo-Lopez was removed from the United States to Guatemala through Mesa, Arizona, on or about July 3, 2015, pursuant to an order of removal issued by an immigration official. There is no record of Guajardo-Lopez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Guajardo-Lopez's immigration history was matched to him by electronic fingerprint comparison.

4. On October 21, 2016, Jose Antonio Guajardo-Lopez was advised of his constitutional rights. Guajardo-Lopez freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about March 21, 2016, Jose Antonio Guajardo-Lopez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Mesa, Arizona, on July 3, 2015, and not having obtained the express consent

of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 24th day of October, 2016.

_____
Eileen S. Willett,
United States Magistrate Judge